IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:12-cv-341-TMH |
| | ) [wo] |
| ABC BOARD, et al., | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On April 18, 2012, the Magistrate Judge filed a Recommendation in this case that the charges against Defendants the Alabama Alcoholic Beverage Control Board, the Troy Police Department, and the Pike County Sheriff's Department be dismissed in accordance with 28 U.S.C. § 1915(e)(2)(B)(i), that the challenge to the constitutionality of the conviction and sentence imposed upon him by the Circuit Court for Pike County, Alabama be dismissed pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) as improper before this Court, and to dismiss the case prior to the service of process based on 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). (Doc. No. 3). Wherefore, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, that Plaintiff's complaint against the Alabama Alcoholic Beverage Control Board, the Troy Police Department, and the Pike County Sheriff's Department is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), the challenge to the constitutionality of the conviction and sentence imposed by the Circuit

Court for Pike County, Alabama, is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and that this case be DISMISSED prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

DONE this 18th day of May, 2012.

    /s/   TRUMAN M. HOBBS
UNITED STATES DISTRICT JUDGE