IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES WILLIAMS,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )   CASE NO.  2:12-cv-341-TMH
                                     )   [wo]
ABC BOARD, et al.,                   )
                                     )
        Defendants.                  )

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this

case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of

the defendants and against the plaintiff, and that this action be and is hereby dismissed in

part with prejudice and in part without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 18th day of May, 2012

                        ___/s/____Truman M. Hobbs_____
                        UNITED STATES DISTRICT JUDGE